Mark T. McClenning, CA SBN 206177
Attorney at Law
2939 Stetson Drive
Bismarck, North Dakota 58503
Telephone: (701) 214-5736
McClenningLaw@gmail.com

Attorney for Plaintiff Alta Gibbon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alta Gibbon, an individual, | Case No. 2:10-cv-09829-SVW-(CWx) |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| LVNV Funding LLC; Resurgent Capital Services L.P.; and ARS National Services, Inc., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT the parties herein have reached a complete settlement of the above-captioned case.

DATED: March 14, 2011                    /s/ Mark T. McClenning
                                                                   Mark T. McClenning
                                                                   Attorney for Plaintiff
                                                                   Alta Gibbon